UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MORALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:14-cv-09622-MAN<br><br>**ORDER OF DISMISSAL** |

In accordance with the parties' Joint Stipulation To Dismiss Case, which was filed on May 19, 2015, IT IS ORDERED that this action is DISMISSED, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party has agreed to bear its own attorney's fees and costs.

DATE: May 20, 2015

　　　　　　　　　　　　　　　　　　*Margaret A. Nagle*
　　　　　　　　　　　　　　　　　　MARGARET A. NAGLE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE